

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MAA/EWS/SMS  
F. #2021R00664

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

August 28, 2025

By ECF & E-mail

The Honorable Rachel P. Kovner  
United States District Judge  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

   Re: United States v. Julio Medina, et al.  
     Criminal Docket No. 25-54 (RPK)

Dear Judge Kovner:

  Pursuant to the Court's order during the August 21, 2025 status conference in the above-referenced case, the government writes to update the Court concerning the availability of software to assist the defendants with the translation of foreign language materials recovered from electronic devices. Following further consultation with the Federal Bureau of Investigation ("FBI"), the FBI New York Field Office has identified a tool in Cellebrite that the FBI can use to generate machine translations of certain materials in Cellebrite.[1]

  Notably, the government understands that this tool has various limitations. *First*, the tool may not be available for use with all electronic devices, and the tool available for different devices may have different capabilities. *Second*, the tool cannot translate all foreign language materials. For example, it cannot translate audio or video, nor text in images or photographs. There may also be specific files that cannot be translated. In addition, with respect to materials written in Chinese, depending on the particular device, the tool may be capable of translating only traditional Chinese characters. *Third*, the machine-generated translations are not court certified, and the government makes no representations regarding the accuracy or reliability of the translations. The government does not intend to rely on any such machine-generated translations at trial.

  Nevertheless, in an effort to accommodate the defendants' requests, the government is working with the FBI to use the Cellebrite tool to generate reports reflecting machine translations of the materials deemed responsive on defendant Weihong Hu's electronic devices. The

---

[1] The FBI's license for the tool currently is scheduled to expire on September 30, 2025.

government understands that the tool available for Hu's devices is capable of translating only traditional Chinese characters.  The government will produce the translated materials when they become available.  In addition, to the extent other devices contain a significant volume of Chinese-language materials, the government will work with the FBI to determine whether relevant materials from those devices also can be machine translated for production to the defendants.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

By:        /s/
          Meredith A. Arfa
          Eric Silverberg
          Sean M. Sherman
          Assistant U.S. Attorneys
          (718) 254-6025 / 6365 / 6262

cc:    Clerk of Court (RPK) (by ECF and E-Mail)
       Counsel of Record (by ECF and E-Mail)