AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▾

| | |
|---|---|
| United States | ) |
| *Plaintiff* | ) |
| v. | ) |
| Medina et al | ) |
| *Defendant* | ) |

Case No.    25 Cr. 54

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Dantzler                                                      .

Date:    10/10/2025

/s/ Noam Greenspan
*Attorney's signature*

Noam Greenspan
*Printed name and bar number*
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, NY 10005

*Address*

ngreenspan@talkinlaw.com
*E-mail address*

(212) 482-0007
*Telephone number*

(212) 480-1303
*FAX number*