**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

November 7, 2025

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re: *United States v Christopher Dantzler*
                    25 Cr. 54 (RPK)

Dear Judge Kovner:

      Defendant Christpher Dantzler ("Dantzler") has been at liberty since February 13, 2025 on a $750,000 bond that contains several conditions including having his travel restricted to New York City, Long Island and the District of New Jersey. By this letter, Dantzler respectfully requests permission to travel to the Ft. Lauderdale/Hollywood, Florida area with his girlfriend (and children depending on their availability) from November 14, 20025 through November 23, 2025 and December 12, 2025 through December 21, 2025. The address of the hotel where they would stay on both trips should this application be granted has already been provided to the government and Pretrial Services ("Pretrial").

      Pretrial, by United States Pretrial Officer Andrew Berglind, contents to this request and the government defers to Pretrial's position. Thank you for Your Honor's consideration of this application.

                              Very truly yours,

                              *Sanford Talkin*
                              Sanford Talkin

Cc:    AUSA Eric Silverberg (by ECF)
         USPTO Andrew Berglind (by email)